1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

THOMAS ALBERT CASS,

Case No. 2:16-cv-00110-GMN-PAL

8

Plaintiff,

ORDER

9

v.

JD AND MCD, LLC, et al.,

10

Defendants.

11

12      On February 28, 2017, a screening order was entered and Cass' Complaint (ECF No. 3)

13   was filed.  No answer has been filed.  Canon 3C(1)(c) of the Code of Conduct for United States

14   Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or

15   other financial matters that may call for a judge's recusal (disqualification).   LR 7.1-1(a) states,

16   in pertinent part, that "pro se parties and attorneys for private non-governmental parties must

17   identify in the disclosure statement all persons, associations of persons, firms, partnerships or

18   corporations (including parent corporations) that have a direct, pecuniary interest in the outcome

19   of the case."

20      The disclosure statement must include the following certification:

21          The undersigned, pro se party, certifies that the following may have
            a direct, pecuniary interest in the outcome of this case: (here list the

22          names of all such parties and identify their connection and interests.)
            These representations are made to enable judges of the court to

23          evaluate possible disqualifications or recusal.

24          Signature of pro se party.

25

26       Cass must file a notice with the court disclosing all persons, associations of persons, firms,

27   partnerships or corporations (including parent corporations) that have a direct, pecuniary interest

28   in the outcome of the case.  If there are no known interested parties other than those participating

in the case, "a statement to that effect will satisfy the rule." LR 7.1-1(b).  Additionally, Cass must promptly file a supplemental notice "upon any change in the information that this rule requires." LR 7.1-1(c).

Accordingly,

**IT IS ORDERED** that Cass shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case **no later than April 14, 2017.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 31st day of March, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2