UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| THOMAS A. CASS, | Case No. 2:16-cv-00110-GMN-PAL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JD and MCD, LLC, doing business as VISITING ANGELS LIVING ASSISTANCE SERVICE, et al., | (Mot. Pro Se File Electronically – ECF No. 8) |
| Defendants. | |

This matter is before the court on Plaintiff Thomas A. Cass' Motion for Pro Se Litigant to File Electronically (ECF No. 8). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Mr. Cass is proceeding in this civil rights action *pro se* and *in forma pauperis*. Pursuant to LR IC 2-1(b), he asks the court to allow him to use the court's CM/ECF system in order to file, access, and electronically serve documents in this case. Having reviewed and considered the matter, and good cause appearing,

Accordingly,

**IT IS ORDERED**:

1. Plaintiff Thomas A. Cass' Motion for Pro Se Litigant to File Electronically (ECF No. 8) is **GRANTED**.

2. Mr. Cass must comply with the following procedures in order to activate his CM/ECF account:

   a. On or before **December 27, 2017**, Mr. Cass must complete the CM/ECF tutorial, which is accessible on the court's website www.nvd.uscourts.gov in the Civil &

///

1

1           Criminal Events Menu, and file certification indicating that he is familiar with the
electronic filing procedures and best practices.

      b. Mr. Cass is not authorized to file electronically unless the certification is filed with the court within the specified time frame.

      c. Upon timely filing of the certification, Mr. Cass shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 15th day of December, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE