UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS A. CASS, | Case No. 2:16-cv-00110-GMN-PAL |
| Plaintiff, | |
| v. | **REPORT OF FINDINGS AND RECOMMENDATION** |
| JD and MCD, LLC, doing business as VISITING ANGELS LIVING ASSISTANCE SERVICE, et al., | |
| Defendants. | |

This matter is before the court on plaintiff Thomas A. Cass' failure to provide proof of service of the defendants in this matter.

Mr. Cass is proceeding in this civil rights action *pro se* and *in forma pauperis*. This case arises from his allegations that defendants' actions violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681–1681x. Upon initial review of the complaint, the court determined that it stated an actionable claim for a violation of 15 U.S.C. § 1681w(a)(1). *See* Screening Order (ECF No. 2). Mr. Cass was informed that service must be accomplished by May 29, 2017, pursuant to Rule 4 of the Federal Rules of Civil Procedure. *Id*. The court also entered an Order (ECF No. 5) directing him to file a certificate of interested parties no later than April 14, 2017. On April 28, 2017, Mr. Cass filed motions requesting additional time serve defendants. (ECF Nos. 6-7). He also filed his certificate of interested parties. In an Order (ECF No. 11), the court granted Mr. Cass' requests to extend time and directed that the clerk reissue summons to the defendants. The court also extended the deadline to accomplish service on defendants until **January 15, 2018**. Cass was warned in the order that his failure to comply with the order by serving defendants by January 15, 2018, would result in a recommendation to the district judge that this case be dismissed without prejudice.

Rule 4(m) states a defendant must be served within 90 days after a complaint is filed. *Id.* The rule also provides that a court must extend the time for service for an appropriate period if a plaintiff shows good cause for his failure to timely serve the complaint. *Id.* As a general matter, a showing of good cause requires more than simple inadvertence, mistake of counsel, or ignorance of the procedural rules. *Martin v. Longbeach*, 246 F .3d 674 (9th Cir. 2000).

To date, Mr. Cass has failed to provide proof of service as to the defendants in this case and he has not requested an extension of time to do so.

Accordingly,

**IT IS RECOMMENDED** that Cass' complaint be dismissed without prejudice.

Dated this 7th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE